Order issued November 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00478-CR
No. 05-11-00479-CR

## THE STATE OF TEXAS, Appellant

### V.

## JAY SANDON COOPER, Appellee

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

_____
JIM MOSELEY
JUSTICE